### NEW HAVEN SAVINGS BANK *v.* ORANGE CONDO GROUP ET AL.
### (10263)

FOTI, HEIMAN and FREEDMAN, Js.

Argued January 13—decision released January 28, 1992

*David C. Pite,* for the appellants (named defendant et al.).

*John A. Keyes,* with whom, on the brief, were *Martin M. Looney* and *Stephan Hilcoff,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.